UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

LT'S BENJAMIN RECORDS, INC.,                         CASE NO: 12-CV-23693 (DLG)

    Plaintiff,

v.

AUSTIN SANTOS P/K/A ARCANGEL,
FLOW FACTORY, INC., RAFAEL ANTONIO
PINA NIEVES and RAP RECORDS, INC. d/b/a
PINA RECORDS, INC.,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, LT's Benjamin Records, Inc. ("Plaintiff" or "Benjamin Records"), by and through its undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses all claims in this Action with prejudice as to Defendants Austin Santos p/k/a Arcangel ("Arcangel"), Flow Factory, Inc. ("Flow Factory"), Rafael Antonio Pina Nieves ("Nieves") and Rap Records, Inc. d/b/a Pina Records, Inc. ("Pina Records") (collectively "Defendants").

    Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides, in relevant part:

**(a) VOLUNTARY DISMISSAL.**

    **(1)** *By the Plaintiff.*

        (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

            (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . .

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

Dated: March 25, 2013                    Respectfully submitted,

                                         s/Michael A. Trauben
                                         Michael A. Trauben (Florida Bar No. 816841)
                                         mtrauben@SinghTraubenLaw.com
                                         Singh, Singh & Trauben, LLP
                                         540 Brickell Key Drive, Suite C-1
                                         Miami, FL 33131
                                         Telephone: (310) 856-9705
                                         Facsimile:  (888) 734-3555
                                         *Attorneys for LT's Benjamin Records, Inc.*

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and further served via electronic and regular U.S. mail on this 25th day of March, 2013, on all counsel or parties of record on the Service List below.

                                         s/Michael A. Trauben

## SERVICE LIST

PRADO, NÚÑEZ & ASSOC. P.S.C.
EDWIN PRADO, ESQ.
Pradolaw10@gmail.com
403 Del Parque Street
8th Floor
Santurce, Puerto Rico 00917
Telephone: (787) 977-1411
Facsimile:  (787) 977-1410
*Attorneys for Defendants*
AUSTIN SANTOS P/K/A ARCANGEL, FLOW FACTORY, INC.,
RAFAEL ANTONIO PINA NIEVES and
RAP RECORDS, INC. D/B/A PINA RECORDS, INC.